B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **MicroBilt Corporation**

Debtor(s)

Case No.  **11-18143**
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chex Systems/Funds Dept. 2634 Los Angeles, CA 90084 | Chex Systems/Funds Dept. 2634 Los Angeles, CA 90084 | Trade Debt | Disputed | 1,020,405.37 |
| LexisNexis P.O. Box 7247-6157 Philadelphia, PA 19170 | LexisNexis P.O. Box 7247-6157 Philadelphia, PA 19170 | Trade Debt | | 236,548.87 |
| Experian Department 1971 Los Angeles, CA 90088 | Experian Department 1971 Los Angeles, CA 90088 | Trade Debt | | 166,026.36 |
| Equifax Information Services P.O. Box 105835 Atlanta, GA 30348 | Equifax Information Services P.O. Box 105835 Atlanta, GA 30348 | Trade Debt | | 152,329.70 |
| Certegy LTD 1st FloorTricorn House 51-53 Hagley Road Edgbaston Birmingham, UK | Certegy LTD 1st FloorTricorn House 51-53 Hagley Road Edgbaston Birmingham, UK | Trade Debt | | 134,792.00 |
| Transunion P.O. Box 99506 Chicago, IL 60693 | Transunion P.O. Box 99506 Chicago, IL 60693 | Trade Debt | | 56,921.19 |
| US Motivation P.O. Box 90358 Collections Center Drive Chicago, IL 60696 | US Motivation P.O. Box 90358 Collections Center Drive Chicago, IL 60696 | Trade Debt | | 54,146.11 |
| Alliant Cooperative Data Solutions, LLC 301 Fields Lane Brewster, NY 10509 | Alliant Cooperative Data Solutions, LLC 301 Fields Lane Brewster, NY 10509 | Trade Debt | | 51,250.00 |
| Fair Isaac Credit Services P.O. Box 201129 Dallas, TX 75320 | Fair Isaac Credit Services P.O. Box 201129 Dallas, TX 75320 | Trade Debt | | 34,748.09 |
| Maselli Warren 600 Alexander Road Princeton, NJ 08540 | Maselli Warren 600 Alexander Road Princeton, NJ 08540 | Legal Fees | | 24,133.61 |
| Bloomreach, Inc. 342 State Street #6 Los Altos, CA 94022 | Bloomreach, Inc. 342 State Street #6 Los Altos, CA 94022 | Trade Debt | | 17,586.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **MicroBilt Corporation**  _____  Case No.  **11-18143** _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | Trade Debt | | 15,162.49 |
| Ciphertechs<br>55 Broadway, 11th Floor<br>New York, NY 10006 | Ciphertechs<br>55 Broadway, 11th Floor<br>New York, NY 10006 | Trade Debt | | 13,000.00 |
| LssiData<br>P.O. Box 730401<br>Dallas, TX 75373 | LssiData<br>P.O. Box 730401<br>Dallas, TX 75373 | Trade Debt | | 12,500.00 |
| D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | Trade Debt | | 12,500.00 |
| Hill Wallack LLP<br>202 Carnegie Center<br>CN 5226<br>Princeton, NJ 08543 | Hill Wallack LLP<br>202 Carnegie Center<br>CN 5226<br>Princeton, NJ 08543 | Legal Fees | | 11,406.75 |
| First Advantage<br>P.O. Box 526024<br>Sacramento, CA 95852 | First Advantage<br>P.O. Box 526024<br>Sacramento, CA 95852 | Trade Debt | | 10,509.59 |
| Rockefeller Consulting<br>160 Madison Avenue<br>6th Floor<br>New York, NY 10016 | Rockefeller Consulting<br>160 Madison Avenue<br>6th Floor<br>New York, NY 10016 | Trade Debt | | 10,000.00 |
| Early Warning<br>16552 N. 90th Street<br>Suite 100<br>Scottsdale, AZ 85260 | Early Warning<br>16552 N. 90th Street<br>Suite 100<br>Scottsdale, AZ 85260 | Trade Debt | | 8,782.79 |
| Logrhytm<br>3195 Sterling Circle, Suite 100<br>Boulder, CO 80301 | Logrhytm<br>3195 Sterling Circle, Suite 100<br>Boulder, CO 80301 | Trade Debt | | 8,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 24, 2011** _____    Signature  _/s/ Walter Wojciechowski, CEO_
                                                        **Walter Wojciechowski**
                                                        **CEO/President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.