# United States Bankruptcy Court
### District of New Jersey

In re  **MicroBilt Corporation**,  
Debtor

Case No. **11-18143**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Accion International**<br>1401 New York Avenue, NW<br>Suite 500<br>Washington, DC 20005 | Common Stock | 72,085 | 0.1% |
| **Bristol Investment, Ltd.**<br>100 Canal Pointe Boulevard, Suite 208<br>Princeton, NJ 08540 | Common Stock | 61,068,775 | 49.0% |
| **Center for Financial Services Innovation**<br>2230 S. Michigan Avenue<br>Suite 200<br>Chicago, IL 60616 | Common Stock | 60,071 | 0.00% |
| **Corey Stone**<br>192 Ridgewood Avenue<br>Hamden, CT 06517 | Common Stock | 72,085 | 0.1% |
| **David Asofsky**<br>180 Deerfield Lane North<br>Pleasantville, NY 10570 | Common Stock | 199,135 | 0.2% |
| **DP Bureau, LLC**<br>3030 North Rocky Point Drive, Suite 670<br>Tampa, FL 33607 | Common Stock | 56,225,967 | 45.1% |
| **Emi Bourgeois**<br>9 Jared Drive<br>Mendham, NJ 07945 | Common Stock | 199,135 | 0.2% |
| **James Hammel**<br>2753 Broadway, #208<br>New York, NY 10025 | Common Stock | 1,421,221 | 1.1% |
| **James McGrane**<br>27 Shadowbrook Way<br>Mendham, NJ 07945 | Common Stock | 1,832 | 0.00% |
| **Kirk Blair**<br>4 Meadowbrook Road<br>Chester, NJ 07930 | Common Stock | 244,457 | 0.2% |

__1__    continuation sheets attached to List of Equity Security Holders

In re  **MicroBilt Corporation**                                                         ,  Case No.  **11-18143**
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Omidyar Network**<br>**1991 Broadway Street**<br>**Suite 200**<br>**Redwood City, CA 94063** | **Common Stock** | **929,550** | **0.7%** |
| **Oscar Marquis**<br>**120 N. Dee Road**<br>**Park Ridge, IL 60068** | **Common Stock** | **540,000** | **0.4%** |
| **Raymond Greenhill**<br>**Oxxford Information Technology, Ltd.**<br>**1461 Perth Road**<br>**Hagaman, NY 12086** | **Common Stock** | **45,810** | **0.0%** |
| **Richard Koze**<br>**162 Springwood Drive**<br>**Allentown, PA 18104** | **Common Stock** | **1,420,000** | **1.1%** |
| **State of MD DBED**<br>**MD Dept Business & Economic Devel.**<br>**Office of Finance Programs MD Venture**<br>**401 East Pratt Street, Suite 1760**<br>**Baltimore, MD 21202** | **Common Stock** | **120,142** | **0.1%** |
| **TTP Fund II**<br>**Total Technology Ventures**<br>**1230 Peachtree Street**<br>**Promenade II, Suite 1150**<br>**Atlanta, GA 30309** | **Common Stock** | **1,186,991** | **1.0%** |
| **Val Forney**<br>**1733 Council Drive**<br>**Sun City Center, FL 33573** | **Common Stock** | **80,147** | **0.1%** |
| **Walt Wojciechowski**<br>**2403 Elfreths Alley**<br>**Bensalem, PA 19020** | **Common Stock** | **702,620** | **0.6%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the CEO/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 24, 2011**                                        Signature  **/s/ Walter Wojciechowski**
                                                                                     **Walter Wojciechowski**
                                                                                     **CEO/President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                              18 U.S.C §§  152 and 3571.
Sheet  **1**  of  **1**  continuation sheets attached to the List of Equity Security Holders