B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re   **MicroBilt Corporation**                 Case No.   **11-18143**

Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Trovado, Inc.<br>P.O. Box 234<br>Orem, UT 84059 | Trovado, Inc.<br>P.O. Box 234<br>Orem, UT 84059 | Note Payable | | 2,620,834.00 |
| Chex Systems/Funds<br>7805 Hudson Road<br>Suite 100<br>Woodbury, MN 55125 | Chex Systems/Funds<br>7805 Hudson Road<br>Suite 100<br>Woodbury, MN 55125 | Trade Debt | Unliquidated<br>Disputed | 1,020,405.37 |
| LexisNexis<br>P.O. Box 7247-6157<br>Philadelphia, PA 19170 | LexisNexis<br>P.O. Box 7247-6157<br>Philadelphia, PA 19170 | Trade Debt | | 271,548.87 |
| Equifax Information Services<br>P.O. Box 105835<br>Atlanta, GA 30348 | Equifax Information Services<br>P.O. Box 105835<br>Atlanta, GA 30348 | Trade Debt | | 251,221.25 |
| Experian<br>Department 1971<br>Los Angeles, CA 90088 | Experian<br>Department 1971<br>Los Angeles, CA 90088 | Trade Debt | | 166,026.36 |
| Certegy LTD<br>1st FloorTricorn House<br>51-53 Hagley Road<br>Edgbaston Birmingham, UK | Certegy LTD<br>1st FloorTricorn House<br>51-53 Hagley Road<br>Edgbaston Birmingham, UK | Trade Debt | | 134,792.00 |
| Transunion<br>P.O. Box 99506<br>Chicago, IL 60693 | Transunion<br>P.O. Box 99506<br>Chicago, IL 60693 | Trade Debt | | 56,921.19 |
| US Motivation<br>P.O. Box 90358<br>Collections Center Drive<br>Chicago, IL 60696 | US Motivation<br>P.O. Box 90358<br>Collections Center Drive<br>Chicago, IL 60696 | Trade Debt | | 54,146.11 |
| Alliant Cooperative Data Solutions, LLC<br>301 Fields Lane<br>Brewster, NY 10509 | Alliant Cooperative Data Solutions, LLC<br>301 Fields Lane<br>Brewster, NY 10509 | Trade Debt | | 51,250.00 |
| Maselli Warren<br>600 Alexander Road<br>Princeton, NJ 08540 | Maselli Warren<br>600 Alexander Road<br>Princeton, NJ 08540 | Legal Fees | | 35,690.89 |
| Fair Isaac Credit Services<br>P.O. Box 201129<br>Dallas, TX 75320 | Fair Isaac Credit Services<br>P.O. Box 201129<br>Dallas, TX 75320 | Trade Debt | | 34,748.09 |

B4 (Official Form 4) (12/07) - Cont.

In re    **MicroBilt Corporation**                                                    Case No.    **11-18143**
                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Colin Reid<br>3204 W. Fair Oaks Avenue<br>Tampa, FL 33611 | Colin Reid<br>3204 W. Fair Oaks Avenue<br>Tampa, FL 33611 | Note Payable | | 28,827.17 |
| Elan Corporate Payment Systems<br>P.O. Box 790428<br>Saint Louis, MO 63179 | Elan Corporate Payment Systems<br>P.O. Box 790428<br>Saint Louis, MO 63179 | Trade Debt | | 20,233.07 |
| Bloomreach, Inc.<br>342 State Street #6<br>Los Altos, CA 94022 | Bloomreach, Inc.<br>342 State Street #6<br>Los Altos, CA 94022 | Trade Debt | | 17,586.00 |
| Jennifer Alvarez<br>5801 S. Macdill Avenue, #6<br>Tampa, FL 33611 | Jennifer Alvarez<br>5801 S. Macdill Avenue, #6<br>Tampa, FL 33611 | Note Payable | | 13,541.00 |
| Ciphertechs<br>55 Broadway, 11th Floor<br>New York, NY 10006 | Ciphertechs<br>55 Broadway, 11th Floor<br>New York, NY 10006 | Trade Debt | | 13,000.00 |
| National Background<br>P.O. Box 772277<br>Ocala, FL 34477 | National Background<br>P.O. Box 772277<br>Ocala, FL 34477 | Trade Debt | | 12,977.50 |
| LssiData<br>P.O. Box 730401<br>Dallas, TX 75373 | LssiData<br>P.O. Box 730401<br>Dallas, TX 75373 | Trade Debt | | 12,500.00 |
| D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | Trade Debt | | 12,500.00 |
| Hill Wallack LLP<br>202 Carnegie Center<br>CN 5226<br>Princeton, NJ 08543 | Hill Wallack LLP<br>202 Carnegie Center<br>CN 5226<br>Princeton, NJ 08543 | Legal Fees | Unliquidated<br>Disputed | 11,406.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    April 5, 2011                              Signature    *Walter Wojciechowski, ceo*

                                                  **Walter Wojciechowski/**
                                                  **CEO/President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.