**REDACTED**

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### District of New Jersey

In re   **MicroBilt Corporation**

Debtor

Case No. **11-18143**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 10,519,747.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 44,175.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,407.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 6,654,978.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 21 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| Total Assets | | | 10,519,747.50 | | |
| Total Liabilities | | | | 6,701,561.03 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of New Jersey

| In re | **MicroBilt Corporation** | Case No. | **11-18143** |
|---|---|---|---|
| | Debtor | Chapter | **11** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **MicroBilt Corporation**                                                    Case No. ___11-18143_____
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | | (Report also on Summary of Schedules) |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **MicroBilt Corporation**                                                     ,      Case No.   **11-18143**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Colorado State Bank and Trust 1600 Broadway Denver, CO 80202** <br><br>**Disbursement Account Account Number: 7123** | - | 2,540,078.06 |
| | | **Colorado State Bank and Trust 1600 Broadway Denver, CO 80202** <br><br>**Damages Account Account Number: 9705** | - | 6,470.75 |
| | | **Colorado State Bank and Trust 1600 Broadway Denver, CO 80202** <br><br>**Skipped Rent Account Account Number: 9694** | - | 1,900.00 |
| | | **Bank of America 64 Princeton - Hightstown Road Princeton Jct., NJ 08850** <br><br>**General Account Account Number: 1553** | - | 20,259.10 |
| | | **Bank of America 64 Princeton - Hightstown Road Princeton Jct., NJ 08850** <br><br>**Payroll Account Account Number: 1566** | - | 5,359.31 |

|  | Sub-Total >  | 2,574,067.22 |
|---|---|---|
|  | (Total of this page) |  |

__7__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **MicroBilt Corporation**                                                    Case No.   **11-18143**
_____ ,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bank of America**<br>**64 Princeton - Hightstown Road**<br>**Princeton Jct., NJ 08850** | - | 2,600.00 |
| | | **Flexible Spending Account**<br>**Account Number: 7433** | | |
| | | **Bank of Oaklahoma Bartlesville**<br>**1600 Broadway**<br>**Denver, CO 80202** | - | 0.00 |
| | | **Cash Disbursements Account - Checks**<br>**Account Number: 0071** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **GA Power**<br>**96 Annex**<br>**Atlanta, GA 30396** | - | 5,340.00 |
| | | **Vendor Deposit** | | |
| | | **StartPad**<br>**811 1st Avenue #480**<br>**Seattle, WA 98104** | - | 300.00 |
| | | **Rental Security Deposit**<br>**Location: 811 1st Ave #480**<br>**Seattle, WA 98104** | | |
| | | **Westminster National Capital**<br>**3422 Old Capitol Trail, Suite 1105**<br>**Wimington, DE 19808** | - | 6,209.58 |
| | | **Rental Security Deposit**<br>**Location: 100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | | |
| | | **Nagel Rice, LLP**<br>**103 Eisenhower Parkway**<br>**Roseland, NJ 07068** | - | 11,406.75 |
| | | **Escrow - Hill Wallack Case** | | |
| | | **Colorado State Bank and Trust**<br>**1600 Broadway**<br>**Denver, CO 80202** | - | 25,000.00 |
| | | **Letter of Credit - Virginia Security** | | |

Sub-Total >          50,856.33
(Total of this page)

Sheet __1__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **MicroBilt Corporation**                                        ,    Case No. ___**11-18143**_____
_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **Clerk of the Circuit Court** | - | **60,000.00** |
| | | **Escrow deposit for Kwall Showers Ranney Injunction** | | |
| | | **Superior Court of New Jersey Richard J. Hughes Justice Complex 25 W. Market Street, 6th Floor North Wing Trenton, NJ 08625** | - | **133,626.13** |
| | | **Escrow deposit for CIT lawsuit** | | |
| | | **Saddy & Saxe PA 205 Crystal Grove Boulevard Lutz, FL 33548** | - | **3,000.00** |
| | | **Escrow deposit for legal fees** | | |
| | | **Nagel Rice, LLP 103 Eisenhower Parkway Roseland, NJ 07068** | - | **10,000.00** |
| | | **Retainer: Hill Wallack Case** | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >        **206,626.13**
                                                                (Total of this page)

Sheet __**2**__ of __**7**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **MicroBilt Corporation**                                            Case No.  **11-18143**
                                                      Debtor                ,

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **MicroBilt Merchant Services, Inc. - DE Corp.** **100% Equity Interest** | - | 0.00 |
| | | **MicroBilt Leasing Corp. - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **MicroBilt Assurance Corp. - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **MicroBilt Financial Services, Corp. - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **MicroBilt Collection Agency, Inc. - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **Consolidated Credit Bureau, Inc. - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **MicroBilt, SRL (Romania) - Romania Corp.** **100% Equity Interest** | - | Unknown |
| | | **ComplyTraq, LLC - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **DataFax, Inc. - SC Corp.** **100% Equity Interest** | - | Unknown |
| | | **Pay Rent, Build Credit, Inc. - MD Corp.** **100% Equity Interest** | - | 854,323.00 |
| | | **IDeserveCredit, LLC - DE Corp.** **100% Equity Interest** | - | Unknown |
| | | **MicroBilt UK Limited - UK Corp.** **100% Equity Interest** | - | Unknown |

Sub-Total >  854,323.00
(Total of this page)

Sheet  **3**  of  **7**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **MicroBilt Corporation**                                                    Case No.   **11-18143**
                                                     ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **CL Verify, LLC - FL LLC**<br>**100% Equity Interest** | - | **Unknown** |
| | | **CL Verify Credit Solutions, LLC - FL LLC**<br>**100% Equity Interest** | - | **Unknown** |
| | | **CL Verify Consumer Services, LLC - FL LLC**<br>**100% Equity Interest** | - | **Unknown** |
| | | **Intellidash, LLC- FL LLC**<br>**100% Equity Interest** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | - | **317,040.40** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan to Stockholder and Subsidiaries** | - | **1,525,168.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

| | Sub-Total > | **1,842,208.40** |
|---|---|---|
| | (Total of this page) | |

Sheet   **4**   of   **7**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **MicroBilt Corporation**                                                    Case No.    **11-18143**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Litigation Claims and potential right of setoff against Colin Reid - contingent, unliquidated** | - | |
| | | **Litigation Claims and potential right of setoff against Michael Nathans - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against Kevin Goldstein - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against eCredable - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against Trycera - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against Alternative Credit Reporting Agency - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against L2C - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against CIT Communications Finance Corporation- contingent, unliquidated** | - | |
| | | **Litigation Claims and potential right of setoff against Oxxford Information Technologies - contingent, unliquidated** | | |
| | | **Litigation Claims and potential right of setoff against Hill Wallack - contingent, unliquidated** | | |
| | | **Potential right of setoff against Matt Vitko - contingent, unliquidated** | | |
| | | **Potential right of setoff against Conspire - contingent, unliquidated** | | |
| | | **Potential right of setoff against Nepa & McGraw - contingent, unliquidated** | | |
| | | **Potential right of setoff against David Wald - contingent, unliquidated** | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet  **5**  of  **7**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **MicroBilt Corporation**                                              ,    Case No.    **11-18143**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Intangible Assets acquired through acquisition** | - | 3,263,753.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture and Fixtures** **Locations: 100 Canal Pointe Boulevard, Suite 208** **Princeton, NJ 08540** **1640 Airport Road, Suite 115** **Kennesaw, GA 30144** | - | 3,921.11 |
| | | **Business Software** **Location: 1640 Airport Road, Suite 115** **Keenesaw, GA 30144** | - | 9,902.27 |
| | | **Telecom System** **Location: 1640 Airport Road, Suite 115** **Keenesaw, GA 30144** | - | 46,658.92 |
| | | **Complytraq Software** **Location: 1640 Airport Road, Suite 115** **Keenesaw, GA 30144** | - | 67,000.00 |
| | | **Leasehold Improvements** **Locations: 100 Canal Pointe Boulevard, Suite 208** **Princeton, NJ 08540** **1640 Airport Road, Suite 115** **Keenesaw, GA 30144** | - | 45,691.35 |
| | | **Furniture and Fixtures** **Location: 3030 North Rocky Pointe West** **Tampa, FL 33607** | - | 21,838.15 |

Sub-Total >      **3,458,764.80**
(Total of this page)

Sheet   **6**   of   **7**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **MicroBilt Corporation** ,                                         Case No.  __11-18143__
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Furniture and Fixtures**<br>Location: 138 River Road<br>Andover, MA 01810 | - | 9,434.69 |
| | | **Leasehold Improvements**<br>Location: 138 River Road<br>Andover, MA 01810 | - | 13,122.32 |
| | | **Leasehold Improvements**<br>Location: 3030 North Rocky Pointe West<br>Tampa, FL 33607 | - | 2,740.69 |
| | | **Electronic Data Processing Equipment**<br>Location: 3030 North Rocky Pointe West<br>Tampa, FL 33607 | - | 230,167.76 |
| | | **Electronic Data Processing Equipment**<br>Location: 138 River Road<br>Andover, MA 01810 | - | 323,851.67 |
| | | **Software**<br>Location: 3030 North Rocky Pointe West<br>Tampa, FL 33607 | - | 473,194.95 |
| | | **Database**<br>Location: 1640 Airport Road, Suite 115<br>Keenesaw, GA 30144 | - | 180,800.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Electronic Data Processing Equipment**<br>Locations: 100 Canal Pointe Boulevard, Suite 208<br>Princeton, NJ 08540<br><br>1640 Airport Road, Suite 115<br>Keenesaw, GA 30144 | - | 299,589.54 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          1,532,901.62
(Total of this page)
Total >          10,519,747.50

Sheet  __7__  of  __7__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **MicroBilt Corporation**                                              Case No.   **11-18143**
                                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **MicroBilt Corporation**                                                           Case No.   **11-18143**
                                          Debtor                              ,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Telecommunications Software** | | | | | |
| **Bank of Oaklahoma 1600 Broadway Denver, CO 80202** | - | | | | | | | | |
| | | | | Value $            0.00 | | | | 44,175.20 | 44,175.20 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | 44,175.20 | 44,175.20 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 44,175.20 | 44,175.20 |

B6E (Official Form 6E) (4/10)

In re    **MicroBilt Corporation**                                                    ,    Case No. ___**11-18143**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **MicroBilt Corporation**
_____,    Case No. ___**11-18143**_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales and Use Tax | | | | | |
| **Indiana Department Of Revenue P.O. Box 7218 Indianapolis, IN 46207** | - | | | | | | 528.02 | 0.00 / 528.02 |
| Account No. | | | Sales and Use Tax | | | | | |
| **State of Washington Department of Revenue P.O. Box 34051 Seattle, WA 98124** | - | | | | | | 1,879.25 | 0.00 / 1,879.25 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,407.27 | 0.00 / 2,407.27 |
| Total (Report on Summary of Schedules) | 2,407.27 | 0.00 / 2,407.27 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

**REDACTED**

In re  **MicroBilt Corporation**                                                           Case No. ___**11-18143**___
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **ABA Service Membership** P.O. Box 791180 Baltimore, MD 21279-1180 | | - | | | | | | 4,000.00 |
| Account No. | | | | | | | | |
| **Aca International** 4040 W 70th Street Minneapolis, MN 55435. | | - | | | | | | 2,400.00 |
| Account No. | | | | | | | | |
| **ADP** 101 Herrod Boulevard P.O. Box 799 Dayton, NJ 08810 | | - | | | | | | 17.00 |
| Account No. | | | | | | | | |
| **Afab International** 3422 Old Capitol Trail Wilmington, DE 19808-6192 | | - | | | | | | 3,506.25 |
| __24__  continuation sheets attached | | | | Subtotal (Total of this page) | | | | 9,923.25 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                              Case No.    **11-18143**
                                                                                    ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Allgood** P.O. Box 465327 Lawrenceville, GA 03004-2537 | - | | | | | | | 75.00 |
| Account No. | | | | | | | | |
| REDACTED | | | | | | | | 51,250.00 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 16.84 |
| Account No. **WR9 OJG** | | | | | | | | |
| **Arrivista** The Denes, Ombersley Worcester | - | | | | | | | 5,256.63 |
| Account No. **MICRO** | | | | | | | | |
| **Atlanta Coffee Time** 6700 Dawson Blvd., Bldg. 3 Norcross, GA 30093 | - | | | | | | | 62.86 |

Sheet no. _1_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            56,661.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation** _____ ,    Case No. ____**11-18143**_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **37547** | | | | | | | | |
| **Axiom Staffing Group** **11660 Alpharetta Hwy** **Suite 760** **Rosewell, GA 30076** | | - | | | | | | 432.72 |
| Account No. | | | | | | | | |
| **Benefit Resource, Inc.** **2320 Brighton-Henrietta** **Townline Rd.** **Rochester, NY 14623-2782** | | - | | | | | | 250.00 |
| Account No. | | | | | | | | |
| **Bloomreach, Inc** **342 State Street, #6** **Los Altos, CA 94022** | | - | | | | | | 19,540.70 |
| Account No. | | | | | | | | |
| **Campbell Lewis** **920 Broadway** **New York, NY 10010** | | - | | | | | | 1,671.00 |
| Account No. | | | | | | | | |
| REDACTED | | | | | | | | 105,470.79 |

| Sheet no. _**2**_ of _**24**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 127,365.21 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MicroBilt Corporation**
_____,      Case No. ___**11-18143**___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Chex Systems/Efunds** **Dept 2634** **Los Angeles, CA 90084-2634** | X | - | | | | | | 105,689.12 |
| Account No. | | | | | | | | |
| REDACTED | | - | | | | | | 9.98 |
| Account No. | | | | | | | | |
| **Ciphertechs** **55 Broadway** **11 Floor** **New York, NY 10006** | | - | | | | | | 16,025.00 |
| Account No. | | | | Pending Litigation | | | | |
| **CIT Communications Finance Corporation** **1 CIT Drive, # 1320-1** **Livingston, NJ 07039** | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Colin Reid** **3204 W Fair Oaks Avenue** **Tampa, FL 33611** | | - | | | | | | 28,829.17 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,553.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                    ,        Case No.    **11-18143**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Commercial Lease Solutions** **1395 Grandview Avenue** **Suite 11** **Columbus, OH 43212** | | - | | | | | | | 6.00 |
| Account No. **4715 1103 0130 0542** | | | | | | | | | |
| **Corporate Payment Systems** **P.O. Box 790428** **St Louis, MO 63179-0428** | | - | | | | | | | 20,233.07 |
| Account No. | | | | | | | | | |
| REDACTED | | | | | | | | | 32.11 |
| Account No. **MS225679** | | | | | | | | | |
| REDACTED | | | | | | | | | 338.79 |
| Account No. | | | | | | | | | |
| REDACTED | | - | | | | | | | 49.10 |

| | |
|---|---|
| Sheet no. **4** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     20,659.07 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                        Case No.   **11-18143**

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 12,500.00 |
| Account No. | | | | | | | | |
| **Dashboards** **700 Tower Drive** **Suite 670** **Troy, MI 48098** | - | | | | | | | 1,653.75 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| **Dell Leased Equipment Clv** **Financial Services Payment** **Processing Ce** **P.O. Box 5292** **Carol Stream, IL 60197-5292** | - | | | | | | | 10,426.39 |
| Account No. | | | | | | | | |
| REDACTED | | | | | | | | 23.23 |

Sheet no. **5** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,853.37

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                                          Case No.    **11-18143**
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DP Bureau 3030 North Rocky Point Drive Suite 670 Tampa, FL 33607 | - | | | | | | | 330,000.00 |
| Account No. | | | | | | | | |
| Dp Bureau LLC 204 Corbett Street Bellair,, FL 33756 | - | | | | | | | 3,506.25 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 12,573.47 |
| Account No. | | | | | | | | |
| Elsos/Credit And Collection News 2871 Rancho Diamonte La Costa, CA 92009-2107 | - | | | | | | | 2,500.00 |
| Account No. 400ZS54834 & 285ZS56420 | | | | | | | | |
| Equifax P.O. Box 4265 Station A Toronto, ON M5W 5T7 | - | | | | | | | 280.50 |

Sheet no.  **6**  of  **24**  sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)                      348,860.22

B6F (Official Form 6F) (12/07) - Cont.

In re __MicroBilt Corporation__ , Case No. ___11-18143___
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4168FZ00452 - Federated** | | | | | | | | |
| Equifax 4168fz00452 P.O. Box 105835 Atlanta, GA 30348-5835 | | - | | | | | | 6,079.53 |
| Account No. **B15500** | | | | | | | | |
| Equifax Infomation Services P.O. Box 105835 Atlanta, GA 30348-5835 | | - | | | | | | 244,921.72 |
| Account No. | | | | | | | | |
| REDACTED | | - | | | | | | 132.94 |
| Account No. | | | | | | | | |
| REDACTED | | - | | | | | | 172.32 |
| Account No. | | | | | | | | |
| Experian Tcl4-1292130 Department 1971 Los Angeles, CA 90088-1971 | | - | | | | | | 217,135.06 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 468,441.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                      Case No.    **11-18143**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Expertplan Inc P.O. Box 62221 Baltimore, MD 21264 | | - | | | | | | 150.00 |
| Account No. | | | | | | | | |
| REDACTED | | - | | | | | | 44,220.12 |
| Account No. | | | | | | | | |
| REDACTED | | - | | | | | | 20,769.12 |
| Account No. | | | | | | | | |
| First Data Corp Ips Accounts Receivable P.O. Box 2115 Englewood, CO 80150-2115 | | - | | | | | | 1,048.72 |
| Account No. | | | | | | | | |
| REDACTED | | - | | | | | | 1,866.00 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,053.96

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                        ,    Case No.    **11-18143**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Fis (Chex Systems)** **Chex Systems, Inc** **Dept 2634** **Los Angeles, CA 90084-2634** | | - | | | | | 914,716.25 |
| Account No. | | | | | | | |
| **Focus Technology** **1355 Park Road** **Chanhassen, MN 55317** | | - | | | | | 4,192.31 |
| Account No. | | | | | | | |
| **Foltz Martin Llc** **5 Peidmont Ctr Ste 750** **Atlanta, GA 30305** | | - | | | | | 2,851.83 |
| Account No. | | | | | | | |
| REDACTED | | - | | | | | 5,705.76 |
| Account No. | | | | | | | |
| **Geissa** **P.O. Box 2924** **Suwanee, GA 30024** | | - | | | | | 250.00 |

| Sheet no. _9_ of _24_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 927,716.15 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                    , Case No. ___**11-18143**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Global Asset Management** 1558 Union Road, Suite D Gastonia, NC 28054 | | - | | | | | 61.35 |
| Account No. **Global Trade Advisory, Inc.** 854 Myrtle Street Atlanta, GA 30308 | | - | | | | | 6,195.00 |
| Account No. **H&L Drug Compliance** d/b/a Conspire 6886 Robb Court Arvada, CO 80004 | | - | | | X | X | 1,700.00 |
| Account No. **Heritage Auto Wholesale** 5145 Se Mcloughlin Blvd Portland, OR 97202 | | - | | | | | 125.00 |
| Account No. **Hill Wallack, LLP** 202 Carnegie Center Cn5226 Princeton, NJ 08543 | | - | | | X | X | 11,406.75 |

Sheet no. __10__ of __24__ sheets attached to Schedule of          Subtotal          19,488.10
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                              ,      Case No. ___**11-18143**___
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **118639** | | | | | | | | |
| REDACTED | - | | | | | | | 3,486.45 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 222.37 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 75.81 |
| Account No. | | | | | | | | |
| **Insidearm Llc** **401 N. Washington St.** **Suite 450** **Rockville, MD 20850** | - | | | | | | | 1,796.62 |

| | | |
|---|---|---|
| Sheet no. __**11**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,831.25 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**
_____,        Case No. ____**11-18143**____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 18.90 |
| Account No. | | | | | | | | |
| Jason W. Roach 6707 Waggonner Ct. Klamath Falls, OR 97603 | - | | | | | | | 75.00 |
| Account No. | | | | | | | | |
| Jeffrey W. Nepa Nepa & McGraw, P.C. Pennistar Bank Building, Suite 400 41 NOrth Main Street Carbondale, PA 18407 | - | | | | X | X | | 1,067.85 |
| Account No. | | | | | | | | |
| Jennifer Galloway Alvarez 5801 S. Macdill Ave #6 Tampa, FL 33611 | - | | | | | | | 13,541.00 |
| Account No. | | | | | | | | |
| Kresses, Benda, Lennre & Ass 1801 Peachtree St. Ne Suite 330 Atlanta, GA 30309 | - | | | | | | | 500.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,202.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                                   Case No. ___**11-18143**___
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Krovatin Klingman LLC** **744 Broad Street** **Suite 1903** **Newark, NJ 07102** | | - | | | | | 10,822.80 |
| Account No. | | | | | | | |
| **Kwall, Showers & Barack P.A.** **133 North Ft. Harrison Ave** **Clearwater,, FL 33755** | | - | | | | | 5,676.80 |
| Account No. | | | | | | | |
| **Lerf Inc** **P.O. Box 451** **College Park, MD 20740** | | - | | | | | 1,645.83 |
| Account No. | | | | | | | |
| REDACTED | | - | | | | | 25.68 |
| Account No. | | | | | | | |
| REDACTED | | - | | | | | 542.06 |

| Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,713.17 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                           Case No.    **11-18143**
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. REDACTED | - | | | | | | 40,412.82 |
| Account No. REDACTED | | | | | | | 71,793.69 |
| Account No. REDACTED | | | | | | | 8,318.40 |
| Account No REDACTED | - | | | | | | 140,568.75 |
| Account No. REDACTED | | | | | | | 230.62 |

Sheet no. __14__ of __24__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          261,324.28

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                                          , Case No. ___**11-18143**___
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. REDACTED | - | | | | | | 70,000.00 |
| Account No. REDACTED | | | | | | | 27.36 |
| Account No. Liada 607 E Market Street Po Box 337 Panora, IA 50216 | - | | | | | | 279.00 |
| Account No. Logrhythm 3195 Sterling Circle Suite 100 Boulder, CO 80301 | - | | | | | | 8,000.00 |
| Account No. REDACTED | - | | | | | | 19,375.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 97,681.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                          Case No.   **11-18143**

_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Maselli Warren**<br>**600 Alexander Road**<br>**Princeton, NJ 08540** | - | | | | | | | 35,690.89 |
| Account No. | | | | | | | | |
| **Matthew B. Vitko**<br>**403 Loblolly Way**<br>**Grasonville, MD 21638** | - | | | X | X | | | 45,949.52 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 793.32 |
| Account No. | | | | | | | | |
| REDACTED | - | | | | | | | 59.49 |
| Account No. | | | | | | | | |
| **Miller Security Group**<br>**815 North Florida Ave**<br>**Lakeland, FL 33801** | - | | | | | | | 1,039.70 |

| | | |
|---|---|---|
| Sheet no. __16__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 83,532.92 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                    ,       Case No.    **11-18143**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Morevisibility.Com** **925 South Federal Highway** **Suite 750** **Boca Raton, FL 33432** | | - | | | | | | | 968.75 |
| Account No. | | | | | | | | | |
| **Nation Wide Commercial Services** **2024 Hickory #200** **Homewood, IL 60430** | | - | | | | | | | 3.74 |
| Account No. | | | | | | | | | |
| REDACTED | | - | | | | | | | 17,168.63 |
| Account No. | | | | | | | | | |
| REDACTED | | - | | | | | | | 11.70 |
| Account No. | | | | | | | | | |
| REDACTED | | - | | | | | | | 173.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   18,325.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                          Case No.    **11-18143**
_____ ,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. REDACTED | | - | | | | | | 45.00 |
| Account No. REDACTED | | - | | | | | | 6.27 |
| Account No. **Optimine Software** **1365 Park Road** **Chanhassen,, MN 55317** | | - | | | | | | 500.00 |
| Account No. **Options Direct, Inc.** **250 South Main Street** **Athol, MA 01331** | | - | | | | | | 1,577.00 |
| Account No. REDACTED | | - | | | | | | 218,065.95 |

Sheet no. __18__ of __24__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)      | 220,194.22 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                      ,    Case No. __**11-18143**__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Oscar Marquis & Associates**<br>**120 N. Dee Road**<br>**Park Ridge, Illinois 60068-0000** | | - | | | | | | 50,513.28 |
| Account No. **MICROBILT**<br><br>**Printing Impression**<br>**1200 Barrett Parkway, Suite #4**<br>**Kennesaw, GA 30144** | | - | | | | | | 2,344.72 |
| Account No. **8000-9000-1060-5271**<br><br>**Purchase Power -Microbilt**<br>**8000-9000-1060**<br>**P.O. Box 856042**<br>**Louisville,, KY 40285-6042** | | - | | | | | | 64.40 |
| Account No.<br><br>REDACTED | | - | | | | | | 39.18 |
| Account No.<br><br>**QAS**<br>**P.O. Box 32693**<br>**Hartford, CT 06150-2693** | | - | | | | | | 3,333.24 |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            56,294.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **MicroBilt Corporation**                                                    Case No. _____**11-18143**_____
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> REDACTED | - | | | | | | 1,607.04 |
| Account No. <br><br> REDACTED | - | | | | | | 52.66 |
| Account No. <br><br> Road Runner Courier & Logistic Svcs <br> P.O. Box 152502 <br> Tampa, FL 33684-2502 | - | | | | | | 26.52 |
| Account No. <br><br> Rockefeller Consulting/Insight Capitalis <br> 160 Madison Avenue <br> 6th Floor <br> New York, NY 10016 | - | | | | | | 10,000.00 |
| Account No. <br><br> Shredquick <br> 8374 Market Street <br> Bradenton, FL 34202 | - | | | | | | 50.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of       Subtotal       11,736.22
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**
_____,
                        Debtor

Case No.   **11-18143**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Southern Self Storage** <br> **8003 N Dale Mabry** <br> **Tampa, FL 33614** | - | | | | | | 267.00 |
| Account No. **75200** <br><br> **Staples** <br> **Dept. Atl** <br> **P.O. Box 405386** <br> **Atlanta, Georgia 30384-5386** | - | | | | | | 129.65 |
| Account No. , <br><br> REDACTED | - | | | | | | 267.25 |
| Account No. <br><br> REDACTED | - | | | | | | 12.20 |
| Account No. <br><br> REDACTED | - | | | | | | 134.15 |

Sheet no. **21** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

810.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MicroBilt Corporation**                                              Case No.   **11-18143**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **The Regus Group Network** 75 Arlington Street Suite 500 Boston, MA 02116 | | - | | | | | 135.69 |
| Account No. **Time Finance Adjusters** 728 Fentress Blvd Daytona Beach, FL 32114 | | - | | | | | 500.00 |
| Account No. REDACTED | | - | | | | | 6,768.53 |
| Account No. **Transunion 1032p5262109** P.O. Box 99506 Chicago, IL 60693-9506 | | - | | | | | 59.73 |
| Account No. **Transunion A5840444** P.O. Box 99506 Chicago, IL 60693-9506 | | - | | | | | 1,164.67 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            8,628.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **MicroBilt Corporation**                                            Case No. ___**11-18143**___
                                                      ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Transunion A6541116 P.O. Box 99506 Chicago, IL 60693-9506 | | - | | | | | 71,805.04 |
| Account No. | | | | | | | |
| Trovado Inc. P.O. Box 234 Orem, UT 84059 | | - | | | | | 3,433,473.00 |
| Account No. | | | | | | | |
| U.S. Green Building Council P.O. Box 404296 Atlanta, GA 30384-4296 | | - | | | | | 45.50 |
| Account No. | | | | | | | |
| Us Motivation P.O. Box 90358 Collections Center Drive Chicago, IL 60696-0358 | | - | | | | | 59,792.75 |
| Account No. | | | | | | | |
| Verizon P.O. Box 73617 Chicago, IL 60673-7617 | | - | | | | | 60,268.08 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        3,625,384.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **MicroBilt Corporation**                                                    Case No. ___**11-18143**___
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Wilson Software Corp**<br>**7129 Pinebay Boulevard**<br>**Englewood, FL 34224** | | - | | | | | 403.64 |
| Account No. <br><br>**XO Communications**<br>**14239 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | | 8,339.37 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 8,743.01 |
| Total<br>(Report on Summary of Schedules) | | 6,654,978.56 |

B6G (Official Form 6G) (12/07)

**REDACTED**

In re    **MicroBilt Corporation**                                                    Case No. _____**11-18143**_____
_____
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES *

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Abacus Solutions**<br>**P.O. Box 890932**<br>**Charlotte, NC 28289-0932** | **Maintenance** |
| **ACC Business**<br>**P.O. Box 105306**<br>**Atlanta, GA 30348-5306** | **Maintenance** |
| REDACTED | **Data Provider (Bank Verification)** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Data Provider** |
| **ADP**<br>**101 Herrod Boulevard**<br>**P.O Box 799**<br>**Dayton, NJ 08810** | **Payroll Service** |
| **ADP Commercial Leasing, LLC**<br>**3726 Solutions Center**<br>**Chicago, IL 60677-3007** | **Payroll Service** |
| **ADP Inc**<br>**P.O. Box 9001006**<br>**Louisville, KY 40290** | **Payroll Service** |
| **ADT Security Services**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967** | **Security For Facility** |
| **AFAB International**<br>**3422 Old Capitol Trail**<br>**Wilmington, DE 19808-6192** | **Consulting** |
| REDACTED | **Sales Agent/Revenue Share Partner** |

\* The Debtor has not yet made a final dertermination as to whether its contracts with its customers are executory contracts
  20
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **MicroBilt Corporation**                                          Case No.   **11-18143**
                                        ,
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **AIG Identity Theft**<br>**P.O. Box  10871**<br>**13th Floor**<br>**Newark, NJ 07193-0871** | **Insurance For ID Protection Services** |
| **Allgood**<br>**P.O. Box 465327**<br>**Lawrenceville, GA 03004-2537** | **Pest Control** |
| REDACTED | **Data Provider (Bulk License Agreement - Cognito & Transactionbase)** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| **American Registry For Internet Numbers**<br>**P.O. Box 79010**<br>**Baltimore, MD 21279-0010** | **Internet Registry** |
| REDACTED | **Data Provider (SW License Agreement - COA)** |
| **Anderson Power Services**<br>**P.O. Box 1699**<br>**Powder Springs, GA 30127** | **Maintenance** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| **AT&T**<br>**AT&T - P.O. Box 9001307**<br>**Louisville, KY 40290-1307** | **Phone Services** |
| REDACTED | **Data Provider** |
| **AT&T 770 528-7166 Security & Backup**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** | **Phone Services** |

Sheet ___1___ of ___20___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **MicroBilt Corporation**                                          Case No. ___**11-18143**___
_____,
                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T 770m01-0509 001 1888**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** | **Phone Services** |
| **AT&T 8002-042-2491**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | **Phone Services** |
| **AT&T 8002-237-1332**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | **Phone Services** |
| **AT&T 831-000-0707 538**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | **Phone Services** |
| **AT&T 831-000-1842 240**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | **Phone Services** |
| **AT&T Integrainfo**<br>**P.O. Box 2969**<br>**Omaha, NE 68103-2969** | **Phone Services** |
| **Auto Owners Insurance**<br>**P.O. Box 30315**<br>**Loansing, MI 48909-7915** | **Insurance** |
| **Avalara, Inc**<br>**435 Ericksen Ave Ne**<br>**Suite 250**<br>**Bainbridge Island, WA 98110** | **Sales & Use Tax Rates** |
| **Axis Insurance Services**<br>**795 Franklin Ave**<br>**Suite 206**<br>**Franklin Lakes, NJ 07417** | **Insurance** |
| **Barry Connelly**<br>**P.O. Box 142**<br>**Orient, ME 04471** | **BOD Contract** |
| **Benefit Resource, Inc.**<br>**2320 Brighton-Henrietta**<br>**Townline Rd.**<br>**Rochester, NY 14623-2782** | **FSA Provider** |
| **Bloomreach, Inc**<br>**342 State Street, #6**<br>**Los Altos, CA 94022** | **Marketing - SEO** |

Sheet __2__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **MicroBilt Corporation**                                    Case No.    **11-18143**
_____,
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Sales Agent/Revenue Share Partner |
| **Bok Equipment Finance, Inc.**<br>**Bank of OK, Credit Services**<br>**Dept. 1381**<br>**Tulsa, OK 74182** | Equipment lease - Debtors' interest-Lessee |
| **Brafton, Inc**<br>**One Winthrop Sqaure**<br>**5th Floor**<br>**Boston, MA 02110** | Marketing - Industry News Blurbs |
| REDACTED | Sales Agent/Revenue Share Partner |
| **Brighthouse Networks**<br>**P.O. Box 30765**<br>**Tampa,, FL 33630-3765** | Cable Internet/TV Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| **Canon Business Systems**<br>**15004 Collections Center Drive**<br>**Chicago, IL 60693** | Copier Lease |
| **Card Control Systems Inc.**<br>**2208 Hanfred Lane**<br>**Suite 102**<br>**Tucker, GA 30084** | Photo Identification Services |
| REDACTED | Data Provider |
| REDACTED | Data Provider |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |

Sheet __3__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                                    Case No.____**11-18143**____
                                      ,
                            Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ciphertechs**<br>**55 Broadway**<br>**11 Floor**<br>**New York, NY 10006** | **Information Security Solutions/Services** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| **Commission Junction**<br>**#774140**<br>**4140 Solutions Center**<br>**Chicago, IL 60677-4001** | **Marketing** |
| **Constant Contact**<br>**1601 Trapelo Road**<br>**Suite 329**<br>**Waltham, MA 02451** | **Marketing - Mass Email Service** |
| **Corporate Payment Systems**<br>**P.O. Box 790420**<br>**St Louis, MO 63179-0428** | **Credit Card Company** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Data Provider** |
| **Cybertrust Inc.**<br>**24528 Network Place**<br>**Chicago, IL 60673-1245** | **PCI/Security Services** |

Sheet ___4___ of ___20___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                                    Case No.    **11-18143**
_____,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Data Provider (Commercial Credit Data) |
| REDACTED | Sales Agent/Revenue Share Partner |
| Dell Business Credit<br>Business Credit Payment Processing Center<br>Po Box 5275<br>Carol Stream, IL 60197-5275 | EDP Equipment Lease/Debtors' interest/Lessee |
| Dell Financial Sevices(Leasing)<br>Financial Services Payment Processing Center<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | EDP Equipment Lease/Debtors' interest/Lessee |
| Dell Marketing, L.P.<br>C/O Dell Usa<br>Po Box 534118<br>Atlanta, GA 30353-4118 | EDP Equipment Lease/Debtors' interest/Lessee |
| | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| DP Bureau Llc<br>204 Corbett Street<br>Bellair,, FL 33756 | Consulting |
| REDACTED | Data Provider |
| | Data Provider |
| REDACTED | Data Provider (National Check Data) |
| REDACTED | |

Sheet ___**5**___ of ___**20**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                                    Case No.    **11-18143**
_____ ,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| Equifax<br>P.O. Box 4265<br>Station A<br>Toronto, ON M5W 5T7 | Data Provider (Consumer Credit Data) |
| Equifax Infomation Services<br>P.O. Box 105835<br>Atlanta, GA 30348-5835 | Data Provider (Consumer/Commercial Credit Data Canada) |
| REDACTED | Sales Agent/Revenue Share Partner |
| Equipment Leasing Associates<br>4301 N Fairfax Drive<br>Suite 550<br>Arlington, VA 22203 | Marketing/Advertising - Equipment Leasing And Finance Association |
| REDACTED | Sales Agent/Revenue Share Partner |
| Experian Qas(Intelligent Search)<br>125 Summer Street<br>Suite 1910<br>Boston, MA 02114-1615 | Data Provider (License Agreement - Name Search) |
| Experian Trs2-1000929<br>Department 1971<br>Los Angeles, CA 90088 | Data Provider (Consumer Credit Data) |
| Experian Trs2-1917252<br>Department 1971<br>Los Angeles, CA 90088 | Data Provider (License Agreement - Credit Header) |
| Experian Tsrc-4515035<br>Department 1971<br>Los Angeles, CA 90088 | Data Provider (Commercial Credit Data) |
| Expertplan Inc<br>P.O. Box 62221<br>Baltimore, MD 21264 | 401k Service |

Sheet  **6**  of  **20**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    **MicroBilt Corporation**                                                                    Case No.    11-18143

_____,
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Data Provider |
| REDACTED | Data Provider (FICO Expansion Score) |
| REDACTED | Data Provider (FICO Grid Score) |
| Fatpipe Networks/Ragula Ayatems<br>4455 S. 700 E.<br>1st Floor<br>Salt Lake City, UT 84107 | Maintenance |
| REDACTED | Data Provider (Driving Records) |
| REDACTED | Data Provider |
| First Data Corp Ips<br>Accounts Receivable<br>P.O. Box 2115<br>Englewood, CO 80150-2115 | Lock Box Services |
| First Data Pos, Inc<br>2155 Barrett Park Dr<br>Suite 215<br>Kennesaw, GA 30144 | Lockbox Service |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |

Sheet    7    of    20    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation** _____ ,    Case No. _____**11-18143**_____

                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| REDACTED | Data Provider (Criminal Search) |
| **Global Trade Advisory, Inc.**<br>**854 Myrtle Street**<br>**Atlanta, GA 30308** | **Consulting** |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider (International Consumer Credit) |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider (Criminal Search) |
| **Hodges Management and Leasing**<br>**P.O. Box 6108**<br>**Hicksville, NY 11802** | Lease of non residential real property - Debtors' interest-Lessee |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| **Idashboards**<br>**5750 New King Street**<br>**Suite 101**<br>**Troy,, MI 48098** | Database User Interface |
| REDACTED | Data Provider |

Sheet __8__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **MicroBilt Corporation**                                              Case No.  **11-18143**
_____,                        _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Information Management Solutio<br>2422 Freedom<br>San Antonio, TX 78217<br>REDACTED | Print/Mail Service<br><br>Sales Agent/Revenue Share Partner |
| Insight Capitalists Llc<br>30 Rockefeller Plaza<br>Room 5600<br>New York, NY 10112<br>REDACTED | Consulting<br><br>Sales Agent/Revenue Share Partner |
| Interstate National Dealer Services Inc<br>The Omni-Suite 700<br>333 Earle Ovington Blvd<br>Mitchel Field, NY 11553-9340<br>REDACTED | MVP Insurance Provider<br><br>Sales Agent/Revenue Share Partner |
| Iron Mountain<br>P.O. Box 915026<br>Dallas, TX 75391-5026 | IT - System Backup Service Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |

Sheet __9__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**

Case No. ___**11-18143**___

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | **Data Provider** |
| REDACTED | |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Data Provider (IDV Transactions)** |
| REDACTED | **Data Provider (Transaction Billing)** |
| REDACTED | **Data Provider (Thindex)** |
| REDACTED | **Data Provider (Public Records Database License)** |
| REDACTED | **Data Provider** |
| REDACTED | **Data Provider (BLS Transactions)** |
| REDACTED | **Data Provider (Data License Agreement)** |

Sheet __10__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **MicroBilt Corporation**                                          Case No.   __11-18143__

                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| REDACTED | Sales Agent/Revenue Share Partner |
| Logrhythm 3195 Sterling Circle Suite 100 Boulder, CO 80301 | EDP Support & Maintenance |
| REDACTED | Data Provider (Database Service Agreement) |
| M2 Reporter P.O. Box 1346 Roseburg, OR 97470 | Maintenance For Metro 2 |
| REDACTED | Sales Agent/Revenue Share Partner |
| Mcb Trust Services Attn: Tpa# 000111 P.O Box 46546 Denver, CO 80201 | 401k Service |
| MCI P.O. Box 371392 Pittsburgh, PA 15250-7392 | Phone Services |
| MCI - 3meg Link Payment Processing Center Mci Dept Ch 10634 Palatine, IL 60055-0634 | Phone Services |
| MCI Worldcom P.O. Box 96022 Charlotte, NC 28296-0022 | Phone Services |
| REDACTED | Data Provider (Security Deposit Insurance) |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |

Sheet __11__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **MicroBilt Corporation**                                            Case No. ___**11-18143**___
_____,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Metlife**<br>**P.O. Box 804466**<br>**Kansas City, MO 64180-4466** | **Employee Benefits - Dental** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| **Microsoft Certified Partner**<br>**Applications Processing**<br>**P.O Box 998**<br>**Salt Lake City, UT 91380-9098** | **Software Partner** |
| **Microsoft Licensing, Gp**<br>**1950 N Stemmons Fwy**<br>**Suite 5010 Lb #842467**<br>**Dallas, TX 75207** | **Software Partner** |
| **Microsoft Partner Program**<br>**P.O. Box 100464**<br>**Pasadena, CA 91189-0464** | **Software Partner** |
| **MMV Partnership**<br>**111 E. Buttler Street**<br>**Lexington, SC 29072** | **Lease of non residential real property - Debtors' interest-Lessee** |
| **Morevisibility.Com**<br>**925 South Federal Highway**<br>**Suite 750**<br>**Boca Raton, FL 33432** | **Marketing - SEO Services** |
| **My Life Brand**<br>**218 Main Street**<br>**#635**<br>**Kirkland, WA 98033** | **Marketing** |
| **NABD**<br>**2180 North Loop West**<br>**Suite 260**<br>**Houston, TX 77018** | **Marketing Association National Buy Here Pay Here Dealers** |
| **Nacm Oregon**<br>**M/S 50**<br>**P.O Box 5700**<br>**Portland, OR 97228** | **Collection Agency** |
| **Nacm Southeast Unit**<br>**P.O. Box 29429**<br>**Atlanta, GA 30359** | **Collection Agency** |
| REDACTED | **Data Provider (Used car valuation)** |

Sheet __**12**__ of __**20**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **MicroBilt Corporation**                                           Case No. ___**11-18143**___
                                                 ,
                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Data Provider (MVP Insurance) |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider (Education Verification) |
| REDACTED | Data Provider (IRS Data) |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| **Netsuite Inc** **15612 Collections Center Drive** **Chicago, IL 60693** | **Accounting/CRM** |
| **Neustar** **Bank Of America** **P.O. Box 277833** **Atlanta, GA 30353-7833** | **Communications/Registry Services** |

Sheet __13__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                           Case No.    **11-18143**
_____,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Data Provider (Death, Professional License) |
| REDACTED | Sales Agent/Revenue Share Partner |
| Online Lenders Alliance<br>P.O. Box 15480 Se Station<br>Washington, DC 20003 | Marketing Association For Online Lenders |
| REDACTED | Data Provider (SMS) |
| Optimine Software<br>1365 Park Road<br>Chanhassen,, MN 55317 | Software Partner |
| Oracle<br>P.O. Box 71028<br>Chicago, IL 60694 | Software Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED<br>Pitney Bowes - Credit Card<br>P.O. Box 856390<br>Louisville, KY 40285 | Stamp Machine Lease |

Sheet __14__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                          Case No. ___**11-18143**___
_____
                                   Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pitney Bowes Global Financial**<br>P.O. Box 371887<br>Pittsburgh   15250-7887 | **Lease - Postage Machine** |
| **Pitney Bowes Global Financial Clv (Leasi**<br>P.O. Box 371887<br>Pittsburgh,, PA 15250-7887 | **Lease - Postage Machine** |
| **Pitney Bowes Inc**<br>P.O. Box 371896<br>Pittsburgh, PA 15250 | **Stamp Machine Lease** |
| **Pitney Bowes Print Management**<br>1625 Williams Drive<br>Marietta, GA 30066 | **Stamp Machine Lease** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| **Postage By Phone**<br>1005 Convention Plaza<br>P.O. Box 952856<br>St Louis, MO 63195-2856 | **Postage Service For Postage Meter** |
| **Preparis**<br>85 5th Street Nw<br>Suite D-126<br>Atlanta, GA 30308 | **Emergency Response** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| **Provision A/R Inc**<br>610 N. Mission St. Suite B-6<br>P.O. Box 1882<br>Wenatchee, WA 98807-1882 | **Interface For Microbilt Collections** |
| REDACTED | **Sales Agent/Revenue Share Partner** |
| REDACTED | **Data Provider (Renter Database Search)** |
| REDACTED | **Sales Agent/Revenue Share Partner** |

Sheet __15__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                         Case No.    **11-18143**
_____,
                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| SAS 70<br>1300 Northwest Shore Blvd.<br>Suite 240<br>Tampa, FL 33607 | Statement On Auditing Standards Services |
| SAS Institute Inc<br>P.O. Box 406922<br>Atlanta, GA 30384 | Business Analytics SW/Maintenance |
| Securance Corporation Agency<br>P.O. Box 420390<br>Houston, TX 77242 | Insurance |
| Seegee Technologies<br>Dept. 2262<br>Denver, CO 80291-2262 | RSA Security Maintenance |
| Standard Funding Corp<br>335 Crossways Park Drive<br>Woodbury, NY 11797 | Insurance |
| Start Pad<br>811 First Avenue<br>Suite 480<br>Seattle, WA 98104 | Lease of non residential real property - Debtors' interest-Lessee |
| Sun Life And Health Insurance Com<br>Box No. 6168<br>Carol Stream, IL 60197-6168 | Benefits Provider (Life, AD&D) |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider (Phone Search) |

Sheet __16__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **MicroBilt Corporation**                                              ,   Case No. ____**11-18143**____
                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | Workers Comp/GL Insurance |
| REDACTED | Sales Agent/Revenue Share Partner |
| Tmobile<br>P.O. Box 790047<br>St Louis, MISSOURI 63179-0047 | Cell Phone Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Data Provider |
| REDACTED | Sales Agent/Revenue Share Partner |
| Trans Union Credit Information<br>Attn: Pam Pounds<br>101 Bullitt Lane, Suite G-10<br>Louisville, KY 40222 | Data Provider |
| Transunion 1032p5262109<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Data Provider (Address Lookup/Phone Lookup) |
| Transunion 9005p2cx5001<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Data Provider (Prescreen) |

Sheet   **17**   of   **20**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                              Case No.    **11-18143**
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Transunion A5840444**<br>**P.O. Box 99506**<br>**Chicago, IL 60693-9506** | Data Provider (Consumer Credit Data Bankruptcy) |
| **Transunion A6541116**<br>**P.O. Box 99506**<br>**Chicago, IL 60693-9506** | Data Provider (Consumer Credit Data) |
| **Tricore Solutions Llc**<br>**141 Longwater Drive**<br>**Suite 100**<br>**Norwell, MA 02061** | Consulting - Oracle |
| **United Health Care Insurance Company**<br>**Dept. Ch. 10151**<br>**Palatine, IL 60055-0151** | Benefits Provider (Medical) |
| **US Motivation**<br>**P.O. Box 90358**<br>**Collections Center Drive**<br>**Chicago, IL 60696-0358** | Reward Points Services |
| REDACTED | Data Provider (National Change of Address) |
| REDACTED | Sales Agent/Revenue Share Partner |
| **Verisign, Inc.**<br>**P.O. Box 840849**<br>**Dallas, Texas 75284-0849** | Digital Security Certification |
| **Verizon Business 6000035434 X26**<br>**P.O. Box 371873**<br>**Pittsburgh, PA 15250-7873** | LD Phone Service |
| **Verizon Business Y2100804**<br>**P.O. Box 371392**<br>**Pittsburgh, PA 15250-7392** | Phone Services |
| **Verizon Fl(8132895557)**<br>**P.O. Box 1100**<br>**Albany,, NY 12250-0001** | Phone Line Service For Tampa Office |
| REDACTED | Sales Agent/Revenue Share Partner |

Sheet __18__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                          Case No.    __11-18143__
_____,
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Sales Agent/Revenue Share Partner |
| REDACTED | Sales Agent/Revenue Share Partner |
| Vocus, Inc.<br>4296 Forbes Blvd<br>Lanham, MD 20706 | Marketing - Subscription Agreement |
| Vormetric<br>3131 Jay Street<br>Santa Clara, CA 95054 | Maintenance - Database Encryption |
| REDACTED | Sales Agent/Revenue Share Partner |
| Westminster Engineering Co Inc<br>3422 Old Capitol Trail<br>Suite 651<br>Wilmington, DE 19808 | Phone Services |
| Westminster National Capital C<br>3422 Old Capitol Trail<br>Suite 1105<br>Wilmington, DE 19808 | Lease of non residential real property - Debtors' interest-Lessee |
| REDACTED | Sales Agent/Revenue Share Partner |
| Windstream 061045763<br>P.O. Box 9001908<br>Louisville, KY 40290 | Phone Services |
| Windstream 062196559<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 | SC Phone Service For Fax |
| REDACTED | Sales Agent/Revenue Share Partner |
| XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | Equipment lease and lease of non residential real property - Debtors' interest-Lessee |

Sheet  __19__  of  __20__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **MicroBilt Corporation**                                                    Case No.    **11-18143**
                                                  _____
                                                     Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| REDACTED | Sales Agent/Revenue Share Partner |

Sheet __20__ of __20__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **MicroBilt Corporation**                                          Case No. ___**11-18143**___
_____,
Debtor

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CL Verify, LLC**<br>**3030 North Rocky Pointe Drive, Suite 670**<br>**Tampa, FL 33607** | **Chex Systems/Efunds**<br>**Dept 2634**<br>**Los Angeles, CA 90084-2634** |
| **DP Bureau**<br>**3030 North Rocky Point Drive**<br>**Suite 670**<br>**Tampa, FL 33607** | **Trovado, Inc.**<br>**P.O. Box 234**<br>**Orem, UT 84059** |

___0___  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  __MicroBilt Corporation__

_____
Debtor(s)

Case No.  __11-18143__

Chapter  __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO/President of the corporation named as debtor in this case, declare under penalty of perjury that I
have read the foregoing summary and schedules, consisting of __62__ sheets, and that they are true and correct to
the best of my knowledge, information, and belief.

Date  __5-03-2011__

Signature  _Walter A. Wojciechowski, CEO_
Walter Wojciechowski
CEO/President

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of New Jersey

In re   **MicroBilt Corporation**

_____
Debtor(s)

Case No.   **11-18143**

Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,847,991.00** | **2011 YTD: Business Income** |
| **$20,164,408.00** | **2010: Business Income** |
| **$14,864,772.00** | **2009: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

---

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE EXHIBIT "A" ATTACHED HERETO** | | **$1,011,521.30** | **$0.00** |

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Barry Connelly** **100 Canal Pointe Boulevard, Suite 208** **Princeton, NJ 08540**   **Director** | 05/01/10 08/01/10 10/01/10 11/01/10 01/01/11 | **$41,225.25** | **$0.00** |
| **Brian Bradley** **100 Canal Pointe Boulevard, Suite 208** **Princeton, NJ 08540**   **Executive Vice President Strategic and** **Emerging Markets** | 03/19/10 05/01/10 07/01/10 08/01/10 09/01/10 11/01/10 12/01/10 01/01/11 02/01/11 03/18/11 | **$11,699.16** | **$0.00** |
| **Franklin Levin** **100 Canal Pointe Boulevard, Suite 208** **Princeton, NJ 08540**   **Senior Vice President & General Counsel** | 09/01/10 12/01/10 | **$543.96** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Michael Garretson** | 03/19/10 | **$47,063.56** | **$0.00** |
| **1640 Airport, Suite 115** | 04/01/10 | | |
| **Kennesaw, GA 30144** | 05/01/10 | | |
| **Senior Vice President Client Services and** | 06/01/10 | | |
| **Compliance** | 07/01/10 | | |
| | 09/01/10 | | |
| | 10/01/10 | | |
| | 11/01/10 | | |
| | 12/01/10 | | |
| | 01/01/10 | | |
| | 02/01/10 | | |
| | 03/18/11 | | |
| **Oscar Marquis** | 04/01/10 | **$9,204.07** | **$218,065.95** |
| **120 N. Dee Road** | 07/01/10 | | |
| **Park Ridge, IL 60068** | 10/01/10 | | |
| **Director and Outside Compliance Counsel** | 01/01/11 | | |
| **Oscar Marquis & Associates** | 04/01/10 | **$53,049.40** | **$50,513.28** |
| **120 N. Dee Road** | 05/01/10 | | |
| **Park Ridge, IL 60068** | 06/01/10 | | |
| | 03/18/11 | | |
| **Valery Bedenko** | 05/01/10 | **$27,220.64** | **$0.00** |
| **100 Canal Pointe Boulevard, Suite 208** | 07/01/10 | | |
| **Princeton, NJ 08540** | 08/01/10 | | |
| **Senior Vice President of Software Development** | 09/01/10 | | |
| **and Chief Architect** | 11/01/10 | | |
| | 02/01/10 | | |
| | 03/18/11 | | |
| **Walt Wojciechowski** | 05/01/10 | **$12,730.18** | **$0.00** |
| **100 Canal Pointe Boulevard, Suite 208** | 07/01/10 | | |
| **Princeton, NJ 08540** | 11/01/10 | | |
| **CEO/President** | 02/01/11 | | |
| **Bristol Investment, Ltd.** | 12/01/10 | **$9,868.71** | **$0.00** |
| **100 Canal Pointe Boulevard, Suite 208** | | | |
| **Princeton, NJ 08540** | | | |
| **Stockholder** | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CIT Communications Finance Corporation v. MicroBilt Corporation** **Docket Number: MRS-L-419-08** | **Civil Action** | **Superior Court of New Jersey** **10 Court Street** **Morristown, NJ 07963** | **Open** |
| **MicroBilt Corporation v. Chex Systems, Inc.** **Case Number: 8:10-CV-02921-SCB-EAJ** | **Breach of Contract** | **Sam M. Gibbons United States Courthouse** **801 North Florida Avenue, 2nd Floor** **Tampa FL 33602** | **Open** |
| **MicroBilt Corporation v. L2C, Inc., et al** **Docket No. A-003141-09T3** | **Appeal from Civil Action Judgment** | **Superior Court of New Jersey** **Appellate Division Clerk's Office** **Hughes Justice Complex** **25 West Market Street, P.O. Box 006** **Trenton, New Jersey 08625-0006** | **Appeal** |

4

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None

☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lowenstein Sandler PC 65 Livingston Avenue Roseland, NJ 07068** | **March 17, 2010** | **Lowenstein Sandler PC received $90,000.00 from MicroBilt Corporation for the preparation of bankruptcy petitions for MicroBilt Corporation and CL Verify, LLC.** |

**10. Other transfers**

None

■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None

■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None

■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **MicroBilt Corporation** | 22-373-7436 | **100 Canal Pointe Boulevard, Suite 208 Princeton, NJ 08540** | **Provider of risk management information for small and medium-sized businesses alternative data for non-traditional lender** | **1978 - Current** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Walter Wojciechowski 100 Canal Pointe Boulevard, Suite 208 Princeton, NJ 08540** | **03/18/09 - 03/18/11** |
| **Doreen Greubel 100 Canal Pointe Boulevard, Suite 208 Princeton, NJ 08540** | **03/18/09 - 03/18/11** |
| **Rosario Calderon 100 Canal Pointe Boulevard, Suite 208 Princeton, NJ 08540** | **03/18/09 - 03/18/11** |
| **Chris Atkins 1640 Airport Road, Suite 115 Kennesaw, GA 30144** | **03/18/09 - 03/18/11** |

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sharon Albrecht** | **03/18/09 - 02/28/11** |
| **3030 North Rocky Point Drive, Suite 670** | |
| **Tampa, FL 33607** | |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Jim Liggett** | **RBSM LLP** | **12/31/09** |
| | **5 West 37th Street, 9th Floor** | **12/31/08** |
| | **New York, NY 10018** | |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **MicroBilt Corporation** | **100 Canal Pointe Boulevard, Suite 208** |
| | **Princeton, NJ 08540** |
| **MicroBilt Corporation** | **1640 Airport Road, Suite 115** |
| | **Kennesaw, GA 30144** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Kevin Shaw** | **12/31/10** |
| **Colorado State Bank and Trust** | |
| **1600 Broadway** | |
| **Denver, CO 80202** | |
| **Rowena Nixon** | **12/31/10** |
| **Ford Foundation** | |
| **320 East 43rd Street** | |
| **New York, NY 10017** | |
| **David Asofsky** | **12/31/10** |
| **180 Deerfield Lane North** | |
| **Pleasantville, NY 10570** | |
| **James McGrane** | **12/31/10** |
| **27 Shadowbrook Way** | |
| **Mendham, NJ 07945** | |
| **James Hammel** | **12/31/10** |
| **2753 Broadway, Suite 208** | |
| **New York, NY 10025** | |
| **Kirk Blair** | **12/31/10** |
| **4 Meadowbrook Road** | |
| **Chester, NJ 07930** | |
| **Emi Bourgeois** | **12/31/10** |
| **9 Jared Drive** | |
| **Mendham, NJ 07945** | |
| **Oscar Marquis** | **12/31/10** |
| **120 N. Dee Road** | |
| **Park Ridge, IL 60068** | |
| **Raymond Greenhill** | **12/31/10** |
| **Oxxford Information Technology, Ltd.** | |
| **1461 Perth Road** | |
| **Hagaman, NY 12086** | |

9

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Richard Koze**<br>**162 Springwood Drive**<br>**Allentown, PA 18104** | **12/31/10** |
| **Val Forney**<br>**1733 Council Drive**<br>**Sun City Center, FL 33573** | **12/31/10** |
| **Walt Wojciechowski**<br>**2403 Elfreths Alley**<br>**Bensalem, PA 19020** | **12/31/10** |
| **Bristol Investments, Ltd.**<br>**100 Canal Pointe Boulevard**<br>**Princeton, NJ 08540** | **12/31/10** |
| **Corey Stone**<br>**192 Ridgewood Avenue**<br>**Hamden, CT 06517** | **12/31/10** |
| **Michael Murai**<br>**Senior Investment Officer**<br>**Accion International**<br>**1401 New York Avenue, NW, Suite 500**<br>**Washington, DC 20005** | **12/31/10** |
| **Tom Smith**<br>**Total Technology Ventures**<br>**1230 Peachtree Street, Promenade II**<br>**Suite 1150A**<br>**Atlanta, GA 30309** | **12/31/10** |
| **Chris Bishko, Dirctor, Investments**<br>**Omidyar Network**<br>**1991 Broadway, Suite 200**<br>**Redwood City, CA 94063** | **12/31/10** |
| **Frank Dickson, Principal**<br>**Maryland Venture Fund**<br>**Dept. of Business & Economic Development**<br>**401 Pratt Street, Suite 1760**<br>**Baltimore, MD 21202** | **12/31/10** |
| **Arjan Schuttte**<br>**Shorebank center for Financial**<br>**Services Innovation**<br>**2230 S. Michigan Avenue, Suite 2200**<br>**Chicago, IL 60616** | **12/31/10** |
| **Grady Reynolds**<br>**DP Bureau, LLC**<br>**5709 Arcady Place**<br>**Plano, TX 75093** | **12/31/10** |

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **DP Bureau LLC**<br>**204 Corbett Street**<br>**Bellair, FL 33756** | **Stockholder** | **45.10%** |
| **Bristol Investments**<br>**100 Canal Pointe Boulevard**<br>**Princeton, NJ 08540** | **Stockholder** | **49.0%** |
| **Walt Wojciechowski**<br>**100 Canal Pointe Boulevard**<br>**Princeton, NJ 08540** | **CEO/President** | |
| **Franklin Levin**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Senior Vice President & General Counsel** | |
| **Michael Garretson**<br>**1640 Airport Road, Suite 115**<br>**Kennesaw, GA 30144** | **Senior Vice President Client Services and Compliance** | |
| **Christopher Atkins**<br>**1640 Airport Road, Suite 115**<br>**Kennesaw, GA 30144** | **Vice President of Finance** | |
| **Brian Bradley**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **EVP Stategic and Emerging Markets** | |
| **Valery Bedenko**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Senior Vice President of Software Development and Chief Architect** | |
| **Thomas Sweet**<br>**1640 Airport Road, Suite 115**<br>**Kennesaw, GA 30144** | **Senior Vice President Technology and Chief Technology Officer** | |
| **Susan Johnson**<br>**1640 Airport Road, Suite 115**<br>**Kennesaw, GA 30144** | **Senior Director Client & Product Support** | |
| **Todd Milner**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Senior Vice President and Director of Sales** | |
| **Christopher LeBlanc**<br>**138 River Road**<br>**Andover, MA 01810** | **Senior Director of Technology, CIO** | |
| **Doreen Greubel**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Vice President and Corporate Controller** | |
| **Barry Connelly**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Director** | |
| **Oscar Marquis**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Director and Outside Compliance Counsel** | |

11

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Grady Reynolds**<br>**5709 Arcady Place**<br>**Plano, TX 75093** | **Director** | |
| **Joe Bartholomew**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540** | **Director** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Robert Raleigh**<br>**160 Madison Avenue, 6th Floor**<br>**New York, NY 10016** | **Director** | **08/31/10** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bristol Investment, Ltd.**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540**<br>   **Loan to shareholder** | **Loan**<br>**05/17/10**<br>**05/24/10**<br>**06/14/10**<br>**07/6/10**<br>**07/12/10**<br>**07/26/10**<br>**07/14/10**<br>**08/26/10**<br>**10/4/10**<br>**10/15/10**<br>**10/18/10**<br>**10/25/10**<br>**11/15/10** | **$571,675.00** |
| **Bristol Investment, Ltd.**<br>**100 Canal Pointe Boulevard, Suite 208**<br>**Princeton, NJ 08540**<br>   **Greater than 5% shareholder** | **Dividend**<br>**10/30/2010**<br>**11/30/2010**<br>**12/22/2010**<br>**01/20/2011**<br>**02/15/2011**<br>**02/28/2011** | **$675,000.00** |
| **DP Bureau, LLC**<br>**3030 North Rocky Point Drive, Suite 670**<br>**Tampa, FL 33607**<br>   **Greater than 5% shareholder** | **Dividend**<br>**10/30/2010**<br>**11/30/2010**<br>**12/22/2010**<br>**01/20/2011**<br>**02/15/2011**<br>**02/28/2011** | **$675,000.00** |

12

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                               TAXPAYER IDENTIFICATION NUMBER (EIN)
**MicroBilt Corporation**                                          **22-3737436**

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

13

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _5-03-2011_                    Signature _Walter M. Wojciechowski, CEO_

Walter Wojciechowski
CEO/President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **MicroBilt Corporation** | Case No. | **11-18143** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 90,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 90,000.00 |

2.    The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):    **Lowenstein Sandler PC received $90,000.00 from MicroBilt Corporation for the preparation of bankruptcy petitions for MicroBilt Corporation and CL Verify, LLC.**

3.    The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    5/4/11

*Jeffrey D. Prol*

**Jeffrey D. Prol (JP 7454)
Kenneth A. Rosen (KR 4963)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(973)597-2500  Fax: (973)597-2400**

---

**REDACTED**

## United States Bankruptcy Court
### District of New Jersey

In re  __MicroBilt Corporation__                                                      Case No.  __11-18143__
                                              Debtor(s)                Chapter      __11__

## VERIFICATION OF CREDITOR MATRIX

I, the CEO/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and
correct to the best of my knowledge.

Date: __5-03-2011__                          _____ CEO/PRESIDENT
                                             Walter Wojciechowski/CEO/President
                                             Signer/Title

Attorney General of the US
Department of Justice
Constitution Ave and 10th St NW
Washington, DC 20530


Office of the Attorney General
Hughes Justice Complex
CN-080
Trenton, NJ 08625


Securities & Exchange Commission
Attn: Bankruptcy Notices Division
450 5th Street NW Room 6228
Mail Stop 6-6
Washington, DC 20549


United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102


United States Trustee
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102


Internal Revenue Service
Holtsville, NY 00501


New Jersey Division of Taxation
50 Barrack Street
CN 269
Trenton, NJ 08646


ABA Service Membership
P.O. Box 791180
Baltimore, MD 21279-1180


Abacus Solutions
P.O. Box 890932
Charlotte, NC 28289-0932

Aca International
4040 W 70th Street
Minneapolis, MN 55435


ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306


Accion International
1401 New York Avenue, NW
Suite 500
Washington, DC 20005


**REDACTED**

**REDACTED**

**REDACTED**

ADP
101 Herrod Boulevard
P.O. Box 799
Dayton, NJ 08810


ADP
101 Herrod Boulevard
P.O Box 799
Dayton, NJ 08810


ADP Commercial Leasing, LLC
3726 Solutions Center
Chicago, IL 60677-3007


ADP Inc
P.O. Box 9001006
Louisville, KY 40290

ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250-7967


Afab International
3422 Old Capitol Trail
Wilmington, DE 19808-6192


REDACTED


AIG Identity Theft
P.O. Box 10871
13th Floor
Newark, NJ 07193-0871


Allgood
P.O. Box 465327
Lawrenceville, GA 03004-2537


REDACTED                    LLC


REDACTED


American Registry For Internet Numbers
P.O. Box 79010
Baltimore, MD 21279-0010


REDACTED


Anderson Power Services
P.O. Box 1699
Powder Springs, GA 30127

**REDACTED**

Arrivista
The Denes, Ombersley
Worcester

**REDACTED**

**REDACTED**

AT&T
AT&T – P.O. Box 9001307
Louisville, KY 40290-1307

**REDACTED**

AT&T 770 528-7166 Security & Backup
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T 770m01-0509 001 1888
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T 8002-042-2491
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T 8002-237-1332
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T 831-000-0707 538
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T 831-000-1842 240
P.O. Box 5019
Carol Stream, IL 60197-5019


AT&T Integrainfo
P.O. Box 2969
Omaha, NE 68103-2969


Atlanta Coffee Time
6700 Dawson Blvd., Bldg. 3
Norcross, GA 30093


Auto Owners Insurance
P.O. Box 30315
Loansing, MI 48909-7915


Avalara, Inc
435 Ericksen Ave Ne
Suite 250
Bainbridge Island, WA 98110


Axiom Staffing Group
11660 Alpharetta Hwy
Suite 760
Rosewell, GA 30076


Axis Insurance Services
795 Franklin Ave
Suite 206
Franklin Lakes, NJ 07417


Bank of Oaklahoma
1600 Broadway
Denver, CO 80202


Barry Connelly
P.O. Box 142
Orient, ME 04471


Benefit Resource, Inc.
2320 Brighton-Henrietta
Townline Rd.
Rochester, NY 14623-2782

Bloomreach, Inc
342 State Street, #6
Los Altos, CA 94022


REDACTED


Bok Equipment Finance, Inc.
Bank of OK, Credit Services
Dept. 1381
Tulsa, OK 74182


Brafton, Inc
One Winthrop Sqaure
5th Floor
Boston, MA 02110


REDACTED


Brighthouse Networks
P.O. Box 30765
Tampa,, FL 33630-3765


Bristol Investment, Ltd.
100 Canal Pointe Boulevard, Suite 208
Princeton, NJ 08540


REDACTED


Campbell Lewis
920 Broadway
New York, NY 10010


Canon Business Systems
15004 Collections Center Drive
Chicago, IL 60693

Card Control Systems Inc.
2208 Hanfred Lane
Suite 102
Tucker, GA 30084

REDACTED

Center for Financial Services Innovation
2230 S. Michigan Avenue
Suite 200
Chicago, IL 60616

REDACTED

REDACTED

Chex Systems/Efunds
Dept 2634
Los Angeles, CA 90084-2634

REDACTED

Ciphertechs
55 Broadway
11 Floor
New York, NY 10006

CIT Communications Finance Corporation
1 CIT Drive, # 1320-1
Livingston, NJ 07039

CL Verify, LLC
3030 North Rocky Pointe Drive, Suite 670
Tampa, FL 33607

Colin Reid
3204 W Fair Oaks Avenue
Tampa, FL 33611


REDACTED


Commercial Lease Solutions
1395 Grandview Avenue
Suite 11
Columbus, OH 43212


Commission Junction
#774140
4140 Solutions Center
Chicago, IL 60677-4001


Constant Contact
1601 Trapelo Road
Suite 329
Waltham, MA 02451


Corey Stone
192 Ridgewood Avenue
Hamden, CT 06517


Corporate Payment Systems
P.O. Box 790428
St Louis, MO 63179-0428


REDACTED


REDACTED


REDACTED



REDACTED

REDACTED

Cuna Mutual Group
Box 2964
Milwaukee, WI 53201-2964

Cybertrust Inc.
24528 Network Place
Chicago, IL 60673-1245

REDACTED

Dashboards
700 Tower Drive
Suite 670
Troy, MI 48098

REDACTED

David Asofsky
180 Deerfield Lane North
Pleasantville, NY 10570

Dell Business Credit
Business Credit Payment Processing Center
Po Box 5275
Carol Stream, IL 60197-5275

Dell Financial Sevices(Leasing)
Financial Services Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Dell Leased Equipment Clv
Financial Services Payment Processing Ce
P.O. Box 5292
Carol Stream, IL 60197-5292

Dell Marketing, L.P.
C/O Dell Usa
Po Box 534118
Atlanta, GA 30353-4118

REDACTED

REDACTED

DP Bureau
3030 North Rocky Point Drive
Suite 670
Tampa, FL 33607

Dp Bureau LLC
204 Corbett Street
Bellair,, FL 33756

DP Bureau, LLC
3030 North Rocky Point Drive, Suite 670
Tampa, FL 33607

Dun & Bradstreet -Royalties
P.O. Box 75542
Chicago, IL 60675-5542

REDACTED

REDACTED

Elsos/Credit And Collection News
2871 Rancho Diamonte
La Costa, CA 92009-2107

REDACTED

Emi Bourgeois
9 Jared Drive
Mendham, NJ 07945

REDACTED

Equifax
P.O. Box 4265
Station A
Toronto, ON M5W 5T7

Equifax 4168fz00452
P.O. Box 105835
Atlanta, GA 30348-5835

Equifax Infomation Services
P.O, Box 105835
Atlanta, GA 30348-5835

Equifax Infomation Services
P.O. Box 105835
Atlanta, GA 30348-5835

REDACTED

Equipment Leasing Associates
4301 N Fairfax Drive
Suite 550
Arlington, VA 22203

REDACTED                    08

E

REDACTED

Experian Qas(Intelligent Search)
125 Summer Street
Suite 1910
Boston, MA 02114-1615


Experian Tcl4-1292130
Department 1971
Los Angeles, CA 90088-1971


Experian Trs2-1000929
Department 1971
Los Angeles, CA 90088


Experian Trs2-1917252
Department 1971
Los Angeles, CA 90088


Experian Tsrc-4515035
Department 1971
Los Angeles, CA 90088


Expertplan Inc
P.O. Box 62221
Baltimore, MD 21264


REDACTED

REDACTED

Fatpipe Networks/Ragula Ayatems
4455 S. 700 E.
1st Floor
Salt Lake City, UT 84107

REDACTED

REDACTED

First Data Corp Ips
Accounts Receivable
P.O. Box 2115
Englewood, CO 80150-2115

First Data Pos, Inc
2155 Barrett Park Dr
Suite 215
Kennesaw, GA 30144

REDACTED

Fis (Chex Systems)
Chex Systems, Inc
Dept 2634
Los Angeles, CA 90084-2634

Focus Technology
1355 Park Road
Chanhassen, MN 55317

Foltz Martin Llc
5 Peidmont Ctr Ste 750
Atlanta, GA 30305

REDACTED

REDACTED

Gelssa
P.O. Box 2924
Suwanee, GA 30024

Global Asset Management
1558 Union Road, Suite D
Gastonia, NC 28054

Global Trade Advisory, Inc.
854 Myrtle Street
Atlanta, GA 30308

REDACTED

REDACTED

REDACTED

H&L Drug Compliance
d/b/a Conspire
6886 Robb Court
Arvada, CO 80004

Heritage Auto Wholesale
5145 Se Mcloughlin Blvd
Portland, OR 97202

REDACTED

Hill Wallack, LLP
202 Carnegie Center
Cn5226
Princeton, NJ 08543

REDACTED

Hodges Management and Leasing
P.O. Box 6108
Hicksville, NY 11802

REDACTED

REDACTED

Idashboards
5750 New King Street
Suite 101
Troy,, MI 48098

REDACTED

Indiana Department Of Revenue
P.O. Box 7218
Indianapolis, IN 46207

Information Management Solutio
2422 Freedom
San Antonio, TX 78217

REDACTED

Insidearm Llc
401 N. Washington St.
Suite 450
Rockville, MD 20850

Insight Capitalists Llc
30 Rockefeller Plaza
Room 5600
New York, NY 10112

REDACTED

Interstate National Dealer Services Inc
The Omni-Suite 700
333 Earle Ovington Blvd
Mitchel Field, NY 11553-9340

REDACTED

Iron Mountain
P.O. Box 915026
Dallas, TX 75391-5026

REDACTED

James Hammel
2753 Broadway, #208
New York, NY 10025

James McGrane
27 Shadowbrook Way
Mendham, NJ 07945

Jason W. Roach
6707 Waggonner Ct.
Klamath Falls, OR 97603


REDACTED


Jeffrey W. Nepa
Nepa & McGraw, P.C.
Pennistar Bank Building, Suite 400
41 NOrth Main Street
Carbondale, PA 18407


Jennifer Galloway Alvarez
5801 S. Macdill Ave #6
Tampa, FL 33611


REDACTED


REDACTED


Kirk Blair
4 Meadowbrook Road
Chester, NJ 07930


Kresses, Benda, Lennre & Ass
1801 Peachtree St. Ne
Suite 330
Atlanta, GA 30309


Krovatin Klingman LLC
744 Broad Street
Suite 1903
Newark, NJ 07102


REDACTED

Kwall, Showers & Barack P.A.
133 North Ft. Harrison Ave
Clearwater,, FL 33755

REDACTED

REDACTED

REDACTED

Lerf Inc
P.O. Box 451
College Park, MD 20740

REDACTED

Lexis Nexis Rev Share
9393 Springboro Pike
Miamisburg, OH 45342

REDACTED

REDACTED

L

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Liada
607 E Market Street
Po Box 337
Panora, IA 50216

Logrhythm
3195 Sterling Circle
Suite 100
Boulder, CO 80301

REDACTED

M2 Reporter
P.O. Box 1346
Roseburg, OR 97470

REDACTED

Maselli Warren
600 Alexander Road
Princeton, NJ 08540


Matthew B. Vitko
403 Loblolly Way
Grasonville, MD 21638


Mcb Trust Services
Attn: Tpa# 000111
P.O Box 46546
Denver, CO 80201


MCI
P.O. Box 371392
Pittsburgh, PA 15250-7392


MCI - 3meg Link
Payment Processing Center
Mci Dept Ch 10634
Palatine, IL 60055-0634


MCI Worldcom
P.O. Box 96022
Charlotte, NC 28296-0022


REDACTED

REDACTED

REDACTED

REDACTED

Metlife
P.O. Box 804466
Kansas City, MO 64180-4466

REDACTED

REDACTED

Microsoft Certified Partner
Applications Processing
P.O Box 998
Salt Lake City, UT 91380-9098

Microsoft Licensing, Gp
1950 N Stemmons Fwy
Suite 5010 Lb #842467
Dallas, TX 75207

Microsoft Partner Program
P.O. Box 100464
Pasadena, CA 91189-0464

Miller Security Group
815 North Florida Ave
Lakeland, FL 33801

MMV Partnership
111 E. Buttler Street
Lexington, SC 29072

Morevisibility.Com
925 South Federal Highway
Suite 750
Boca Raton, FL 33432

My Life Brand
218 Main Street
#635
Kirkland, WA 98033


NABD
2180 North Loop West
Suite 260
Houston, TX 77018


Nacm Oregon
M/S 50
P.O Box 5700
Portland, OR 97228


Nacm Southeast Unit
P.O. Box 29429
Atlanta, GA 30359


REDACTED


REDACTED


Nation Wide Commercial Services
2024 Hickory #200
Homewood, IL 60430


REDACTED


REDACTED


REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Netsuite Inc
15612 Collections Center Drive
Chicago, IL 60693

Neustar
Bank Of America
P.O. Box 277833
Atlanta, GA 30353-7833

REDACTED

REDACTED

Omidyar Network
1991 Broadway Street
Suite 200
Redwood City, CA 94063


Online Lenders Alliance
P.O. Box 15480 Se Station
Washington, DC 20003


REDACTED


Optimine Software
1365 Park Road
Chanhassen,, MN 55317


Options Direct, Inc.
250 South Main Street
Athol, MA 01331


Oracle
P.O. Box 71028
Chicago, IL 60694


Oscar Marquis
120 N. Dee Road
Park Ridge, IL 60068


Oscar Marquis & Associates
120 N. Dee Road
Park Ridge, Illinois 60068-0000


REDACTED


REDACTED

REDACTED

REDACTED

Pitney Bowes - Credit Card
P.O. Box 856390
Louisville, KY 40285

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh 15250-7887

Pitney Bowes Global Financial Clv (Leasi
P.O. Box 371887
Pittsburgh,, PA 15250-7887

Pitney Bowes Inc
P.O. Box 371896
Pittsburgh, PA 15250

Pitney Bowes Print Management
1625 Williams Drive
Marietta, GA 30066

REDACTED

Postage By Phone
1005 Convention Plaza
P.O. Box 952856
St Louis, MO 63195-2856

Preparis
85 5th Street Nw
Suite D-126
Atlanta, GA 30308

Printing Impression
1200 Barrett Parkway, Suite #4
Kennesaw, GA 30144

REDACTED

Provision A/R Inc
610 N. Mission St. Suite B-6
P.O. Box 1882
Wenatchee, WA 98807-1882


Purchase Power -Microbilt 8000-9000-1060
P.O. Box 856042
Louisville,, KY 40285-6042


REDACTED

QAS
P.O. Box 32693
Hartford, CT 06150-2693


Raymond Greenhill
Oxxford Information Technology, Ltd.
1461 Perth Road
Hagaman, NY 12086


REDACTED


REDACTED

Richard Koze
162 Springwood Drive
Allentown, PA 18104


Road Runner Courier & Logistic Svcs
P.O. Box 152502
Tampa, FL 33684-2502

# REDACTED

Rockefeller Consulting/Insight Capitalis
160 Madison Avenue
6th Floor
New York, NY 10016

Rzd Investigative Group
7154 N. University Drive
Attn: S Taylor
Fort Lauderdale, FL 33321

SAS 70
1300 Northwest Shore Blvd.
Suite 240
Tampa, FL 33607

SAS Institute Inc
P.O. Box 406922
Atlanta, GA 30384

Securance Corporation Agency
P.O. Box 420390
Houston, TX 77242

Seegee Technologies
Dept. 2262
Denver, CO 80291-2262

Shredquick
8374 Market Street
Bradenton, FL 34202

Southern Self Storage
8003 N Dale Mabry
Tampa, FL 33614

Standard Funding Corp
335 Crossways Park Drive
Woodbury, NY 11797

Staples
Dept. Atl
P.O. Box 405386
Atlanta, Georgia 30384-5386


Start Pad
811 First Avenue
Suite 480
Seattle, WA 98104


State of MD DBED
MD Dept Business & Economic Devel.
Office of Finance Programs MD Venture
401 East Pratt Street, Suite 1760
Baltimore, MD 21202


State of Washingston
Department of Revenue
P.O. Box 34051
Seattle, WA 98124


Sun Life And Health Insurance Com
Box No. 6168
Carol Stream, IL 60197-6168


REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

The Regus Group Network
75 Arlington Street
Suite 500
Boston, MA 02116

REDACTED

Time Finance Adjusters
728 Fentress Blvd
Daytona Beach, FL 32114

Tmobile
P.O. Box 790047
St Louis, MISSOURI 63179-0047

REDACTED

REDACTED

REDACTED

Trans Union Credit Information
Attn: Pam Pounds
101 Bullitt Lane, Suite G-10
Louisville, KY 40222

Transunion 1032p5262109
P.O. Box 99506
Chicago, IL 60693-9506


Transunion 9005p2cx5001
P.O. Box 99506
Chicago, IL 60693-9506


Transunion A5840444
P.O. Box 99506
Chicago, IL 60693-9506


Transunion A6541116
P.O. Box 99506
Chicago, IL 60693-9506


Tricore Solutions Llc
141 Longwater Drive
Suite 100
Norwell, MA 02061


Trovado Inc.
P.O. Box 234
Orem, UT 84059


TTP Fund II
Total Technology Ventures
1230 Peachtree Street
Promenade II, Suite 1150
Atlanta, GA 30309


U.S. Green Building Council
P.O. Box 404296
Atlanta, GA 30384-4296


United Health Care Insurance Company
Dept. Ch. 10151
Palatine, IL 60055-0151


Us Motivation
P.O. Box 90358
Collections Center Drive
Chicago, IL 60696-0358

REDACTED

Val Forney
1733 Council Drive
Sun City Center, FL 33573

REDACTED

Verisign, Inc.
P.O. Box 840849
Dallas, Texas 75284-0849

Verizon
P.O. Box 73617
Chicago, IL 60673-7617

Verizon Business 6000035434 X26
P.O. Box 371873
Pittsburgh, PA 15250-7873

Verizon Business Y2100804
P.O. Box 371392
Pittsburgh, PA 15250-7392

Verizon Fl(8132895557)
P.O. Box 1100
Albany,, NY 12250-0001

REDACTED

REDACTED

REDACTED

Vocus, Inc.
4296 Forbes Blvd
Lanham, MD 20706

Vormetric
3131 Jay Street
Santa Clara, CA 95054

Walt Wojciechowski
2403 Elfreths Alley
Bensalem, PA 19020

REDACTED

Westminster Engineering Co Inc
3422 Old Capitol Trail
Suite 651
Wilmington, DE 19808

Westminster National Capital C
3422 Old Capitol Trail
Suite 1105
Wilmington, DE 19808

REDACTED

Windstream 061045763
P.O. Box 9001908
Louisville, KY 40290

Windstream 062196559
P.O. Box 9001908
Louisville, KY 40290-1908

REDACTED

XO Communications
14239 Collections Center Drive
Chicago, IL 60693

REDACTED

*EXHIBIT "A"*

MicroBilt Corporation
Exhibit "A" 3(b)

| Date | Payment Type | Vendor | Account | Amount |
|---|---|---|---|---|
| 12/28/2010 | Check | 1020098 | Trovado, Inc. | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 117,361.00 |
| 12/28/2010 | Check | Dd 12/31/10 | United States Treasury/Irseftps | 11306 : Cash : Cash - Bank Accounts :<br>Cash - Boa Mbc - Empl General | $ 33,819.47 |
| 12/28/2010 | Check | 1020083 | Corporate Payment Systems | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | 4715 1103 0130<br>0542 | $ 15,003.76 |
| 12/28/2010 | Check | 1020097 | Anheuser - Busch, Inc. | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 10,762.85 |
| 1/5/2011 | Bill Payment | 1020118 | Experian Trs2-1000936 | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | Trs2-1000936 | $ 15,463.77 |
| 1/5/2011 | Bill Payment | 1020127 | Hodges Management And<br>Leasing | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 15,231.02 |
| 1/5/2011 | Bill Payment | 1020126 | REDACTED | 1312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 14,632.15 |
| 1/5/2011 | Bill Payment | 1020178 | Rockefeller Consulting/Insight<br>Capitalists | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 10,000.00 |
| 1/5/2011 | Bill Payment | 1020163 | REDACTED | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 9,845.80 |
| 1/11/2011 | Bill Payment | 1020202 | REDACTED | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 43,438.26 |
| 1/11/2011 | Bill Payment | 1020212 | REDACTED | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 7,823.75 |
| 1/13/2011 | Bill Payment | 1020203 | Chex Systems/Efunds | 11312 : Cash : Cash - Bank Accounts :<br>Bank Of OK Controlled Disb | $ 59,519.28 |
| 1/14/2011 | Dir Deb 1/14/2011 | Adp | 11306 : Cash : Cash - Bank Accounts :<br>Cash - Boa Mbc - Empl General | 22-3737436 | $ 80,134.97 |
| 1/15/2011 | Check | Ach 1/30/2011 | Dp Bureau Llc | 11301 : Cash : Cash - Bank Accounts :<br>Cash - Csbt Microbilt | $ 20,625.00 |
| 1/15/2011 | Bill Payment | Ach 01/15/2011 | Afab International | 11301 : Cash : Cash - Bank Accounts :<br>Cash - Csbt Microbilt | $ 20,625.00 |



| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 1/15/2011 | Journal | Journl0002928 | | 11307 Cash - Bank Accounts : Cash - Boa Mbc - Empl Payroll | Jan 15 2011 Payroll | $ 6,520.06 |
| 1/15/2011 | Journal | Journl0002928 | | 11307 Cash : Cash - Bank Accounts : Cash - Boa Mbc - Empl Payroll | | $ 6,190.42 |
| 1/15/2011 | Check | 52847 | Mcb Trust Services | 11306 Cash : Cash - Bank Accounts : Cash - Boa Mbc - Empl General | 07c15583 | $ 5,599.14 |
| 3/10/2011 | Bill Payment | 1020706 | Rockefeller Consulting/Insight Capitalists | 11312 Cash : Cash - Bank Accounts : Bank Of Ok Controlled Disb | | $ 10,000.00 |
| 3/10/2011 | Check | Dd 03/15/2011 | Adp | 11306 Cash : Cash - Bank Accounts : Cash - Boa Mbc - Empl General | | $ 81,480.94 |
| 3/15/2011 | Journal | Journl0003062 | | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | Mar 15 2011 Payroll | $ 30,798.93 |
| 3/15/2011 | Journal | Journl0003062 | Experian Tsrc-4515035 | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | Tsrc-4515035 | $ 9,231.75 |
| 3/10/2011 | Bill Payment | 1020711 | Experian Trs2-1974326 | 11312 Cash : Cash - Bank Accounts : Bank Of Ok Controlled Disb | Trs2-1974326 | $ 8,822.40 |
| 3/10/2011 | Bill Payment | 1020706 | Experian Trs2-1016182 | 11312 Cash : Cash - Bank Accounts : Bank Of Ok Controlled Disb | | $ 5,743.79 |
| 3/15/2011 | Journal | Journl0003062 | | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | Mar 15 2011 Payroll | $ 9,037.59 |
| 3/15/2011 | Journal | Journl0003062 | | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | Mar 15 2011 Payroll | $ 8,617.90 |
| 3/15/2011 | Check | 1020799 | Florida Dept Of Revenue - Csbt | 11312 Cash : Cash - Bank Accounts : Bank Of Ok Controlled Disb | | $ 8,500.00 |
| 3/15/2011 | Journal | Journl0003062 | | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | Mar 15 2011 Payroll | $ 8,171.31 |
| 3/15/2011 | Journal | Journl0003062 | | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | Mar 15 2011 Payroll | $ 6,954.36 |
| 3/15/2011 | Check | 1020798 | Mass Department Of Revenue - Cbt | 11312 Cash : Cash - Bank Accounts : Bank Of Ok Controlled Disb | 22-3737436 | $ 6,500.00 |
| 3/15/2011 | Journal | Journl0003062 | | 11307 Cash : Cash - Bank Accounts : Cash - Boa Mbc - Empl Payroll | Mar 15 2011 Payroll | $ 6,256.51 |
| 3/15/2011 | Journal | Journl0003062 | | 11301 Cash : Cash - Bank Accounts : Cash - Csbt Microblit | $ | 6,089.41 |

| Date | Type | Num | Account | | Amount |
|------|------|-----|---------|---|--------|
| 3/17/2011 | Bill Payment | 1020807 | 11312 Cash : Cash - Bank Accounts : Bank Of OK Controlled Disb | REDACTED | $ 65,627.88 |
| 3/17/2011 | Bill Payment | 1020809 | 11312 Cash : Cash - Bank Accounts : Bank Of OK Controlled Disb | REDACTED | $ 55,125.00 |
| 3/17/2011 | Bill Payment | 1020808 | 11312 Cash : Cash - Bank Accounts : Bank Of OK Controlled Disb | REDACTED | $ 47,242.07 |
| 3/17/2011 | Bill Payment | 1020837 | 11312 Cash : Cash - Bank Accounts : Bank Of OK Controlled Disb | REDACTED | $ 35,000.00 |
| 3/17/2011 | Bill Payment | 1020836 | 11312 Cash : Cash - Bank Accounts : Bank Of OK Controlled Disb | REDACTED | $ 20,791.25 |
| 3/17/2011 | Check | 1020839 | 11312 Cash : Cash - Bank Accounts : Bank Of OK Controlled Disb | Corporate Payment Systems  4715 1103 0130 0542 | $ 20,233.07 |
| 3/18/2011 | Journal | Journl0003 | 11312 Cash : Cash - Bank Accounts : Bank of OK Controlled Disb | REDACTED | 35,000.00 |
| | | | | **Total** | **$1,011,521.30** |