UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
U.S. COURTHOUSE
402 E. STATE STREET
TRENTON, NEW JERSEY 08608

Hon. Michael B. Kaplan                                                                             609-858-9360
United States Bankruptcy Judge                                                              609-989-2259 Fax

February 10, 2015

Kelly Singer, Esq.                                               Simon Kimmelman, Esq.
Quarles & Brady, LLP                                      Valerie A. Hamilton, Esq.
Two North Central Avenue                               Sills Cummis & Gross, P.C.
Phoenix, AZ 85004                                           600 College Road East
Co-Counsel for Early Warning Systems, Inc.   Princeton, NJ 08540
                                                                         Counsel for MicroBilt

Joseph J. McMahon, Jr., Esq.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Co-Counsel for Early Warning Systems, Inc.

        Re: **In re: MicroBilt Corporation,** *et al.*
           **Case No. 11-18143 (MBK)**

Dear Counselors:

## **FILED UNDER SEAL**